## CLARK v. LEE.

*Appeal from General Term, Eighth District (Johnson County).*

THIS case involves no other or different questions than the preceding one of the same plaintiff against Wolf *et al.*, and, following that case, the judgment is

Affirmed.